IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Misty Pavlinchak Brady, | ) | C/A No. 0:19-1837-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Andrew Saul, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter is before the Court on Plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") filed August 18, 2020. See 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees and expenses in the amount of $4,783.35. The motion was accompanied by a statement of hours and expenses by Plaintiff's attorney which supports the motion. The defendant filed a response indicating that he does not oppose the amount requested by Plaintiff.

The court has reviewed the motion and finds the requested amount reasonable. Accordingly, it is

**ORDERED** that Plaintiff's motion for attorney's fees and expenses pursuant to the EAJA be granted in the amount of $4,762.50 in attorney's fees and $20.85 in expenses for a total amount of $4,783.35. EAJA fees awarded by this court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is

directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

    **IT IS SO ORDERED.**

September 4, 2020  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE